# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SALAS, ESTHER | US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 05/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

MARTIN LUTHER KING, JR., FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT ST.
NEWARK NJ 07102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▬▬▬▬▬▬▬ - SALARY |
| 2. | 2019 | ▬▬▬▬▬▬▬ - S CORP |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/22/19-3/23/19 | RITZ CARLTON HOTEL, NEW YORK CITY, NEW YORK | THE 97TH ANNUAL DINNER IN HONOR OF THE FEDERAL JUDICIARY | DINNER AND 1 NIGHT (REGULAR) HOTEL ROOM |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ▓▓▓▓▓▓ | D | Dividend | N | V | | | | | |
| 2. ▓▓▓▓▓▓ (SIMPLE) IRA #1 (H) | | | | | | | | | |
| 3. -INVESCO OFI GOVERNMENT MONEY MARKET FUND CL A | A | Dividend | K | T | | | | | |
| 4. -INVESCO OPPENHEIMER MAIN STREET FUND CL A | E | Dividend | N | T | | | | | |
| 5. -OPPENHEIMER MAIN STREET FUND CL B (Y) | | | | | | | | | |
| 6. -INVESCO OFI GLOBAL OPPORTUNITIES FUND CL A | B | Dividend | K | T | | | | | |
| 7. -INVESCO OPPENHEIMER RISING DIVIDENDS FUND CL A | B | Dividend | K | T | | | | | |
| 8. -INVESCO OPPENHEIMER MID CAP VALUE FUND CLASS A | B | Dividend | J | T | | | | | |
| 9. -INVESCO OFI GOLD & SPECIAL MINERALS FUND CL A | A | Dividend | J | T | | | | | |
| 10. -INVESCO OPPENHEIMER REAL ESTATE FUND CL A | A | Dividend | J | T | | | | | |
| 11. -INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CL A | A | Dividend | K | T | | | | | |
| 12. -INVESCO OFI INTERNATIONAL SMALL-MID COMPANY FUND CL A | B | Dividend | K | T | | | | | |
| 13. -INVESCO OFI MAIN STREET MID CAP FUND CL A | A | Dividend | K | T | | | | | |
| 14. -INVESCO OFI MAIN STREET SMALL CAP FUND CL A | A | Dividend | K | T | | | | | |
| 15. -INVESCO OPPENHEIMER SMALL CAP VALUE FUND CL A | A | Dividend | J | T | | | | | |
| 16. AMERICAN FUNDS-EUROPAC GROWTH FUND A (Y) | | | | | | | | | |
| 17. AMERICAN FUNDS-THE GROWTH FUND OF AMERICA A (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS-SMALLCAP WORLD FUND A (Y) | | | | | | | | | |
| 19. AMERICAN FUNDS-FUNDAMENTAL INVESTORS A (Y) | | | | | | | | | |
| 20. AMERICAN FUNDS-CAPITAL WORLD GROWTH AND INCOME FUND A (Y) | | | | | | | | | |
| 21. AMERICAN FUNDS-AMERICAN BALANCED FUND A (Y) | | | | | | | | | |
| 22. PNC BANK (CHECKING) | A | Interest | K | T | | | | | |
| 23. PNC BANK (SAVINGS) | A | Interest | J | T | | | | | |
| 24. PNC BANK (CHECKING) | | None | J | T | | | | | |
| 25. FRANKLIN TEMPLETON 529 COLLEGE SAVINGS PLAN (H) | | | | | | | | | |
| 26. -FRANKLIN GROWTH 529 PORTFOLIO-CLASS C | | None | | | Closed | 01/18/19 | K | | |
| 27. -FRANKLIN SMALL MID CAP GROWTH 529 PORTFOLIO-CLASS C | | None | | | Closed | 01/18/19 | K | | |
| 28. -FRANKLIN US GOVERNMENT MONEY 529 PORTFOLIO-CLASS C | | None | | | Open | 01/18/19 | K | | |
| 29. -FRANKLIN US GOVERNMENT MONEY 529 PORTFOLIO-CLASS C | | None | | | Closed | 01/18/19 | K | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS

LINE 1 - ⬜⬜⬜⬜ - VALUE OF ⬜⬜⬜⬜ 50% INTEREST IN ⬜⬜⬜⬜ IS ESTIMATED TO BE 50% OF THE 2019 TOTAL REVENUES EARNED BY THE CORPORATION.

LINES 2-15 - OPPENHEIMER FUNDS WAS ACQUIRED BY INVESCO WITH AN EFFECTIVE DATE OF 1/1/2019. THE PREFIX "OPPENHEIMER" HAS BEEN  RENAMED WITH THE PREFIXES "INVESCO OFI" OR "INVESCO OPPENHEIMER". THE DESCRIPTIVE NAME OF THE UNDERLYING FUNDS AND THE FUNDS THEMSELVES DID NOT CHANGE. THE NEW PREFIXES ARE REPORTED.

LINES 25-29 - FRANKLIN TEMPLETON INVESTMENTS 529 PLAN - THERE IS NO INCOME ATTRIBUTABLE TO THIS ACCOUNT BECAUSE FRANKLIN TEMPLETON 529 PLANS DO NOT DISTRIBUTE DIVIDENDS  OR CAPITAL GAINS. THIS ACCOUNT HAS BEEN COMPLETELY LIQUIDATED ON 1/18/19.

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ESTHER SALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544